AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

__Western__ DISTRICT OF __Virginia__

UNITED STATES OF AMERICA

v.

John M. Richardson

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER 3:05mj00147

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __07/28/05__ in __Augusta__ county, in the __Western__ District of __Virginia__ defendant(s) did, (Track Statutory Language of Offense) **By force or violence, or by intimidation, take money or other thing of value belonging to or in the control, management or possession of any bank;**

in violation of Title __18__ United States Code, Section(s) __2113 (a)__

I further state that I am a(n) __Special Agent of the Federal Bureau of Investigation__ and that this complaint is based on the following facts:
Official Title

**See Attached Affidavit hereby incorporated by reference as if fully restated herein.**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant

Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

__7-29-05__ at __Charlottesville, Va__

Date — City and State

B. Waugh Crigler, United States Magistrate Judge

Name & Title of Judicial Officer — Signature of Judicial Officer

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| United States of America | :Hon. B. Waugh Crigler |
| V. | :Criminal No. |
| John M. Richardson | :AFFIDAVIT |

I, James B. Lamb, am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), in Charlottesville, Va. and having been sworn, state:

## I. INTRODUCTION

1. This affidavit is respectfully submitted in support of a Complaint to arrest John M. Richardson, further described as a black male, date of birth ▮▮▮/63, Social Security Number ▮▮▮-▮▮-9778 and FBI Number 712990X4;

2. As a result of my personal participation in this investigation, documents I have reviewed and information provided by other law enforcement officers, I am familiar with the offense described in this affidavit:

## II. FACTS

3. Planters Bank (PB), 251 N. Poplar Avenue, Waynesboro, Va. is a financial institution located within the Western District of Virginia and whose assets are insured by the Federal Deposit Insurance Corporation (FDIC).

4. On July 28, 2005, John M. Richardson entered PB and went to the teller window area of the bank. Richardson was wearing long dark colored pants over a second pair of light colored pants, an orange shirt and a hat.

5. Richardson stood in front of one of the teller's station with his elbows on the counter and pointed with his right index finger to his left side, which the teller understood to mean Richardson had a gun. Richardson indicated this was a robbery and demanded the teller give him the one hundred ($100) dollar and the fifty ($50) dollar bills.

6. The teller withdraw money from her draw and gave same to Richardson. Richardson turned and exited the bank.

7. A short time later, Richardson was seen by a police officer exited the Dollar Store located near PB. Richardson fit the description of the robber, however was wearing a different shirt and hat. In addition, Richardson was no longer wearing the dark colored pants he had worn into the bank but rather light colored pants. The new hat worn by Richardson still had a tag

attached. A search of the Dollar Store located the orange shirt worn by Richardson, along with the dark pants and hat were on the floor.

8. Richardson was placed under arrest. A post arrest search of Richardson located approximately $5000.00 in cash on his person.

9. Richardson was taken to the Waynesboro Police Department. After being advised of his rights, Richardson indicated he was responsible for the robbery of PB. While being transported to Albemarle County, Richardson indicated the money from the robbery was in one pocket and his own money, twenty dollars, was in another pocket. Richardson wanted to make sure his money was not put together with the bank's money.

10. Your affiant submits the facts enumerated in the foregoing numbered paragraphs show there is probable cause that John Richardson has committed Bank Robbery, in violation of title 18, United States Code, Section 2113.

James B. Lamb
Special Agent
Federal Bureau of Investigation

Subscribed to and sworn before me this 29th day of July, 2005

B. Waugh Crigler
United States Magistrate Judge